UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| **DERRICK EDWARDS** | * | CIVIL ACTION |
| | * | |
| | * | NO.: |
| **VERSUS** | * | |
| | * | SECTION:            MAG: |
| **PERMOBIL, INC., PRAXAIR, INC., and** | * | |
| **ABC & XYZ INSURANCE COMPANY** | * | JURY DEMANDED |
| | * | |

*************************************************************************

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Permobil, Inc. ("Permobil"), who, with the consent of defendant, Praxair, Inc. ("Praxair"), evidenced below, respectfully notices the removal of the above-entitled Cause from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, on the following grounds, to wit.

I.

The present action was originally instituted in the Civil District Court for the Parish of Orleans, State of Louisiana on June 29, 2011, under Civil Action No. 11-6952, Division "N-8". (Exhibit 1-Petition for Damages)

II.

Defendant Permobil first learned of the suit when it was served with the Petition for Damages and Citation via the long-arm statute on July 20, 2011. (Exhibit 2-*{in globo}* Copy of the Cover letter from Timothy R. Richards of Usry, Weeks and Mathews dated July 13, 2011, Citation-Long Arm and affidavit concerning the receipt of the service signed by Jennifer Finger.)

Defendant Praxair, Inc. has, it maintains, never been served with process in this action validly, as evidenced by the document attached hereto as Exhibit 3- from the Civil Sheriff of CDC, who recorded in his computer record that the matter was not validly served on Praxair. The invalid attempt to serve process on Praxair occurred herein, however, on July 18, 2011.

III.

Plaintiff is a citizen of the State of Louisiana, as evidenced by paragraph I. of the Petition for Damages. (See Exhibit 1)

IV.

Permobil, Inc. was, at the time of the filing of this action, and it is now, a corporation organized and existing under the laws of the State of Tennessee with is principal place of business in the State of Tennessee.

V.

Praxair, Inc. was, at the time of the filing of this action, and it is now, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Connecticut.

VI.

The potential value of the matter in controversy herein more probably than not exceeds, exclusive of interest and court costs, the sum of SEVENTY-FIVE THOUSAND and 00/100 ($75,000.00) DOLLARS. The fundamental allegation of the Petition is the defendants seriously aggravated the condition of a plaintiff who is a quadriplegic from the neck down by causing "serious injuries" to his neck and other parts of the body. (See Exhibit 1- Petition for Damages, at paragraphs X-VII.) The Petition alleges that plaintiff continues to receive medical care. . (See Exhibit 1- Petition for Damages, at paragraph at XV.)  Plaintiff further claims that the injury to

his neck was "severe." Exhibit 1- Petition for Damages, at paragraph at XVI.) Counsel for plaintiff (Timothy Richards) and counsel for and Permobil (Patrick Grace) spoke on July 29, 2011 about the value of the case. Counsel for plaintiff stated that plaintiff has continued to have neck pain after being treated with a TENS unit, pain reduction cream, and cervical injections. The plaintiff may be a candidate for cervical surgery if his problems continue. Counsel for plaintiff asserts the value of the claim could exceed $75,000. Under these circumstances, it is evident that the amount in controversy in this matter more probably than not exceeds the sum of SEVENTY-FIVE THOUSAND and 00/100 ($75,000.00) DOLLARS, exclusive of interest and costs.

VII.

This case is therefore removable pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a), in that the parties are completely diverse and the amount in controversy in the premises more probably than not exceeds the sum of $75, 000.00, exclusive of interest and court costs.

VIII.

Permobil has also timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b). This Notice has been filed, with the unanimous consent of the defendants, not sued fictitiously, within 30 days of the date on which the action was first served on any defendant.

IX.

Defendants attach hereto a copy of the Petition for Damages and all other pleadings filed in the State Court proceeding, *in globo* (Exhibit 4).

X.

Also attached to this Notice, in accordance with § 1446, is the Notice served by the defendants both on opposing counsel and the state court, this day, to advise them of this removal. (Exhibit 5)

**WHEREFORE**, Permobil notices the removal of the action described above.

Respectfully submitted:

ANDERSON, STEPHENS & GRACE

_____/s/ Patrick C. Grace_____
PATRICK C. GRACE, T.A. #16944
Suite 1060, One Lakeway Center
3900 North Causeway Blvd.
Metairie, LA  70002
(504) 831-3747
(504) 219-2012 (Direct)
patrick.grace@zurichna.com
*Counsel for Permobil, Inc.*

And

MIDDLEBERG RIDDLE & GIANNA

_____/s/ Dominic J. Gianna_____
DOMINIC J. GIANNA, T.A. # 6063
ALAN DEAN WEINBERGER # 13331
201 St. Charles Avenue, Suite 3100
New Orleans, LA 70170
(504) 525-7200
(504) 581-5983 (Facsimile)
dgianna@midrid.com
aweinber@midrid.com
*Counsel for Praxair, Inc.*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| **DERRICK EDWARDS** | * | CIVIL ACTION |
| | * | |
| | * | NO.: |
| **VERSUS** | * | |
| | * | SECTION:        MAG: |
| **PERMOBIL, INC., PRAXAIR, INC., and** | * | |
| **ABC & XYZ INSURANCE COMPANY** | * | JURY DEMANDED |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing of the above and foregoing Petition for Removal of Civil Action to the following:

Derrick Edwards,
Through his counsel of record,
Timothy R. Richardson, Esq.
1615 Poydras Street
Suite 1250
New Orleans, LA  70112


                                                __/s/ Patrick C. Grace_____
                                                PATRICK C. GRACE

ND: 4811-6717-3386, v.  1