# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| DERRICK EDWARDS | CIVIL ACTION |
|---|---|
| VERSUS | NO. 11-1900-SSV-SS |
| PERMOBIL, INC., ET AL. | |

## RECUSAL ORDER

Because the undersigned Magistrate Judge owns stock in Praxair, Inc., in accordance with Title 28, Section 455, I hereby disqualify myself from further proceedings in the above-captioned matter and direct the Clerk of Court to re-allot the case to another ~~Magistrate Judge~~ Section.

New Orleans, Louisiana, dated January 11, 2012.

_____
SALLY SHUSHAN
**United States Magistrate Judge**

JAN 1 1 2012

**REALLOTTED TO**

**MAG. 3**