UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DERRICK EDWARDS                                          CIVIL ACTION

VERSUS                                                   NO: 11-1900

PERMOBIL, INC. ET AL.                                    SECTION: R

## ORDER AND REASONS

The parties have filed proposed jury instructions.[1] The Court has explicitly or implicitly included almost all of the parties' proposed instructions in the final jury charge.

The Court will not include plaintiff's "Special Charge 8" that "[t]he testimony of a treating physician should be accorded greater weight than that of a physician who examines that patient only once or twice."[2] This instruction is improper because "it is the sole province of the trier of fact to weigh the evidence." *United States v. Ayala*, 887 F.2d 62, 67 (5th Cir. 1989) (internal quotation marks omitted). It is for the jury, not this Court, to decide the weight that should be accorded the testimony of the various witnesses in this case.

---

[1]   R. Docs. 196, 198.

[2]   R. Doc. 196 at 7.

The Court also will not include plaintiff's "Special Charge 3"[3] or defendants proposed charges 8 and 9,[4] all of which concern the issue of inadequate warnings, because the Court has dismissed plaintiff's failure to warn claim.

New Orleans, Louisiana, this 27th day of August, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[3]  *Id.* at 4-5.

[4]  R. Doc. 198 at 12-13.