UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DERRICK EDWARDS                          CIVIL ACTION

VERSUS                                   NO. 11-1900

PERMOBIL, INC., ET AL.                   SECTION R

## JURY INTERROGATORIES

Please answer the following questions.

1.   Do you find by a preponderance of the evidence that Derrick Edwards' wheelchair was unreasonably dangerous in composition or construction at the time it left the custody of Permobil, Inc. and/or Permobil AB?

    Answer:   Yes _____      No __✓___

**Proceed to Question 2.**

2.   Do you find by a preponderance of the evidence that Derrick Edwards' wheelchair was unreasonably dangerous in design at the time it left the custody of Permobil, Inc. and/or Permobil AB?

    Answer:   Yes _____      No __✓___

**Proceed to Question 3.**

3.   Do you find by a preponderance of the evidence that Derrick Edwards' wheelchair was unreasonably dangerous because it did not conform to an express warranty of Permobil, Inc. and/or Permobil AB?

    Answer:   Yes _____      No __✓___

If you answered "Yes" to any of the above questions, proceed to Question 4.  If you answered "No" to all of the above questions, please sign and date the verdict form and return to the courtroom.

4.    Do you find by a preponderance of the evidence that one or more of the unreasonably dangerous characteristic(s) of the wheelchair was a proximate cause of Mr. Edwards' 2010 accident?

Answer:    Yes _____        No _____

If you answered "Yes," proceed to Question 5.  If you answered "No," please sign and date the verdict form and return to the courtroom.

5.    Do you find by a preponderance of the evidence that Mr. Edwards' use of the wheelchair at the time of the 2010 accident was one that was reasonably anticipated by Permobil, Inc. and/or Permobil AB?

Answer:    Yes _____        No _____

If you answered "Yes," proceed to Question 6.  If you answered "No," please sign and date the verdict form and return to the courtroom.

6.    Do you find by a preponderance of the evidence that Mr. Edwards' 2010 accident proximately caused him to suffer damages?

Answer:    Yes _____        No _____

If you answered "Yes," proceed to Question 7.  If you answered "No," please sign and date the verdict form and return to the courtroom.

7.    Please identify the amount of damages that you believe will reasonably compensate Mr. Edwards for the damages he sustained as a result of his accident.

Past medical expenses      $_____

Future medical expenses      $_____

Past pain and suffering      $_____

Future pain and suffering      $_____

Loss of enjoyment of life      $_____

**Please sign and date the verdict form and return to the courtroom.**

New Orleans, Louisiana, this 2̲7̲th day of August, 2013.

_____

FOREPERSON