UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DERRICK EDWARDS                               CIVIL ACTION

VERSUS                                        NO. 11-1900

PERMOBIL, INC., ET AL.                        SECTION "R"

## JUDGMENT

Considering the Court's order and reasons dated August 13, 2013, and the verdict of the jury rendered on August 28, 2013, both filed herein,

IT IS ORDERED, ADJUDGED, AND DECREED plaintiff's complaint is hereby dismissed with prejudice.

New Orleans, Louisiana, this 30th day of August, 2013.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE